ACCEPTED
01-15-00155-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 2:49:30 PM
CHRISTOPHER PRINE
CLERK

CASE NO.  01-15-00155-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 2:49:30 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

CHARLES  WADE, *APPELLANT*

VS.

HARRIS COUNTY , ET AL.,*APPELLEES*

On Appeal from the 295TH Judicial District Court of
Harris County, Texas, Trial Court No. 2011-69056

## APPEALLANT MOTION FOR REHEARING

Charles R Wade
4318 Woodmont
Houston, Texas 77045
713-434-0127

PRO SE FOR APPEALLANT

## MOTION FOR REHEARING

COMES NOW CHARLES WADE, Appellant in this cause and moving for rehearing and in support thereof says:

### *Point Relied on for Rehearing:*

This Honorable First Court of Appeals should grant Appellant motion for rehearing because the issue raised in Appellants' appeal concern an issue of significance to the jurisprudence of this state. Appellant raise only one issue for rehearing and this issue has been raised in this Honorable First Court of Appeal in another case where the Supreme Court of Texas reversed the Honorable First Court ruling and remanded back to trial court. ***Walker v. Blue Water Garden Apartments***, 776 SW 2d 578 - Tex: Supreme Court 1989.

Appellant point is based on the facts that appellant file a ***pauperis affidavit*** within the ninety day allowed to prefect an appeal if Appellant filed a timely motion for new trial which Appellant did in this cause. (See **Exhibit 1**). Much like what happen in *Walker Supra*, this Honorable First Court of Appeals did not address this Appellant argument that Appellant filed Affidavit of inability to pay court cost in the Trial Court. (See 1st Court of Appeal Judgement of June 16, 2015, also see INTRODUCTION paragraph (4) of Appellant RESPONSE TO COURT NOTICE OF 05/14/15 AND/OR RESPONSE TO APPELLEE MOTION TO DISMISS) (Also see ***Linwood v. NCNB Texas***, 885 SW 2d 102 - Tex: Supreme Court 1994).

Appellant contends that the Affidavit of inability to pay court cost, stamped filed September 4, 2014, was filed 35 days after trial court judgement was signed on August 1, 2014, was filed in a bona fide attempt to invoke appellate court jurisdiction. ***UNITED ASS'N OF JOURNEYMEN, ETC. v. Borden***; accord ***Woods Exploration & Producing Co. v. Arkla Equip. Co.,*** 528 S.W.2d 568, 570 (Tex.1975)

## Argument:

Appellant filed Affidavit of Inability to pay Court Cost "Forma Pauperis", on September 4, 2014, which was 35 days after trial court judgement was signed. In *Linwood Supra*, Linwood corrected his own error 53 days after the judgment was signed by filing his cost bond.

The Court of Appeal stated in *Linwood Supra*, "The court of appeals, however, has jurisdiction over the appeal if a party files an instrument in a bona fide attempt to invoke the appellate court's jurisdiction. **Grand Prairie Indep. Sch. Dist. v. Southern Parts Imports, Inc.**, 813 S.W.2d 499, 500 (Tex.1991); **Walker v. Blue Water Garden Apartments**, 776 S.W.2d 578, 581 (Tex.1989)."

Since Appellant had filed a timely motion for new trial and filed Affidavit of Inability to pay Court cost, on September 4, 2014, which was 35 days after trial court judgement was signed stated above, there is no other reason Appellant file Affidavit of Inability to pay Court cost but to invoke the appellate court's jurisdiction.(See Exhibit 1).

## Prayer:

Appellant pray that this Honorable Court set aside the Judgement of June 16, 2015, and allow Appellant to proceed in this Appeal.

Respectfully Submitted,

Charles R Wade, Pro Se
4318 Woodmont
Houston, Texas 77045
713-434-0127

3

**CERTIFICATE OF SERVICE**

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I hereby certify that a true and correct copy of the forgoing instrument has been furnished to Edward J. (Nick) Nicholas, LINEBARGER GOGGAN BLAIR & SAPSON, LLP, 4828 Loop Central Drive, Suite 600, HOUSTON, TEXAS 77081, the following counsel of record by faxing to (713) 844-3504, by E-Mail to: nick.nicholas@lgbs.com and by electronic filing through Efile.Texas.gov, properly addressed and transmitted, July 6, 2015.

Charles R Wade, Pro Se
4318 Woodmont Street
Houston, Texas 77045
713-434-0127

Shelly Raymond Wade
8114 Hideaway Lake Circle
Spring, TX 77389
**Efile.Texas.gov**

Dr. Alex Melvin Wade, Jr.
01624189
Mark W. Stiles
3060 FM 3514
Beaumont, Texas 77705
**United States mail**

Dianne Ruth Winzer
Aka Dianne Ruth Wade
13518 Windy Willow Drive
Missouri City, TX 77489
**Efile.Texas.gov**

Liberace Wade
8152 Scenic Hwy., Ste. C
Baton Rouge, LA 70807
**Efile.Texas.gov**

Gary Bernard Wade
15206 Wimberly Park Dr.
Houston, TX 77049
**Efile.Texas.gov**

Patsy Wade
Rt. 4 Box 4860
San Augustine, TX 75972
**Efile.Texas.gov**

Janice Faye Coleman
16727 Lone Quail Ct
Missouri City, TX 77489
**Efile.Texas.gov**

Perdue, Brandon, Fielder, Collins & Mott
Attorneys for Five Corners Improvement District
1235 N. Loop West, Suite 600
Houston, Texas 77008
**Via Facsimile: (713) 862-1429**

**Attorney Annie Briscoe**
1217 Prairie Street
Houston, Texas 77002
(713) 270-8732
**Efile.Texas.gov**

Charles R Wade, Pro Se
4318 Woodmont
Houston, Texas 77045
713-434-0127
Date: July 6, 2015

5

CASE NO. 01-15-00155-CV

CHARLES WADE, *APPELLANT*

VS.

HARRIS COUNTY , ET AL., *APPELLEES*

**EXHIBIT 1 TO APPELLANT MOTION FOR REHEARING**

## SUIT NO. <u>2011-69056</u>

| | | |
|---|---|---|
| **CHARLES RONALD WADE** | § | |
| **Petitioner,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **<u>295</u> JUDICIAL DISTRICT** |
| | § | |
| **HARRIS COUNTY, ET AL** | § | **HARRIS COUNTY, TEXAS** |
| **Respondent.** | § | |

### PAUPER'S AFFIDAVIT

**Affidavit of Inability to Pay Costs for Court:**

My name is Charles R. Wade; I am unable to pay the costs of court in order to file my Petition.

In order to file and proceed in this matter, I am giving the following information under oath: I am unable to pay the court costs. I verify that the statements made in this Affidavit are true and correct.

**Identity:**

| | |
|---|---|
| Full Name: | Charles R Wade |
| Address: | 4318 Woodmont |
| City State Zip: | Houston, Texas 77045 |
| Home Phone: | (713) 434-0127 |
| Date of Birth: | 12-26-1950 |
| Employer: | Unemployed |

**Income:**  VA Disability Monthly $1041.39

**Monthly Expenses:**

| | |
|---|---|
| Telephone: | $125.00 |
| Water: | 65.00 |
| Gas: | 45.00 |
| Electric: | 75.00 |
| Transportation: | 160.00 |
| Food | 225.00 |
| Total | $695.00 |

*** (See attached) Government entitlement, pursuant to Rule 145 (d), Texas Rules of Civil Procedure. - Comprehensive Energy Assistance Program

Unofficial Copy Office of Chris Daniel District Clerk

**Date Completed:** September 03, 2014

_Charles R. Wade_
Signature

I, Charles R. Wade swear that the statements and information provided in this Affidavit of Inability to Pay Costs are true and correct to the best of my knowledge.

_Charles R. Wade_
Charles R Wade

Subscribed and sworn to before me this 3rd day of September 2014.

State of Texas
County of Harris          OR          COURT CLERK:

_____
Deputy

By: _____
Notary Public

My Commission Expires 12/5/14

VICTOR ESCOBAR
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 12/05/14

2



# COMPREHENSIVE ENERGY ASSISTANCE PROGRAM
## Utility Assistance Component

### Notice of Eligibility

Name and Address:
Charles Ronald Wade
4318 Woodmont St
Houston, TX 77045

Case Number:
14MAL0052

Your application for CEAP has been reviewed and processed. Your household is eligible for 7 payments.

### Benefit Determination

| Vendor | Account Number | Meter Date | Pledge Amount |
|---|---|---|---|
| Reliant Energy Retail Services | 883793-2 | 01-15-2014 | 140.21 |
| Reliant Energy Retail Services | 883793-2 | 06-13-2014 | 163.95 |
| Reliant Energy Retail Services | 883793-2 | 07-15-2014 | 217.34 |
| Reliant Energy Retail Services | 883793-2 | 08-13-2014 | 213.47 |
| Reliant Energy Retail Services | 883793-2 | 10-11-2014 | 202.95 |
| Reliant Energy Retail Services | 883793-2 | 11-11-2014 | 140.47 |
| Reliant Energy Retail Services | 883793-2 | 12-12-2014 | 121.61 |

**Total anticipated benefit for the Program Year 2014: $1,200.00.**

### NOTICE TO CLIENT

Payments are based on the previous year's billing usage, subject to the availability of funds, and compliance with the requirements of the program. Any payment amount we make exceeding your current bill will be a credit to your account. **If your amount due for the months listed above exceeds the CEAP payment, you will need to pay the difference.** Please note that after Neighborhood Centers Inc has made a pledge to your utility company it will take approximately 45 days to be paid and deducted from your account/bill. During the 45-day period your services should be protected from service interruption if no additional amounts are due.
Note: Your household can only be certified for utility assistance one time per year.

| | |
|---|---|
| _____G0006_____ | _____February 10, 2014_____ |
| Staff ID | Date |

This is not a voucher. For customer record only.

[ Print ]   [ Close ]

Unofficial Copy Official Office of Chris Daniel District Clerk